JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> HANAN MAHMOUD; A & S FAYAD, INC., a California Corporation; and Does 1-10, <br><br> Defendants, | Case: 5:14-CV-02119-VAP-KK <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 3/23/15

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

1